United States District Court
Southern District of Texas
**ENTERED**
January 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| R. A. N.M., *et al*, § | |
| § | |
| Petitioners, § | |
| VS. § | CIVIL ACTION NO. 7:20-CV-6 |
| § | |
| WILLIAM P. BARR, *et al*, § | |
| § | |
| Respondents. § | |

## ORDER

The Court now considers Plaintiffs' "Order to Show Cause on Petition for Habeas Corpus and Temporary Restraining Order."[1] Therein, Plaintiffs make no motion or request of the Court, despite the filing being listed on the docket as "Opposed MOTION for Order to Show Cause as to Writ of Habeas Corpus and Temporary Restraining Order by G. R. M.N., Y. D. M.N., R. A. N.M." The filing simply reads like a proposed order to an absent motion.[2] Confusingly, Plaintiffs also attach a "[Proposed] Order Granting Petitioners' Application for Issuance of Writ of Habeas Corpus or Temporary Restraining Order Pursuant to 28 U.S.C. § 2241 and Federal Rule of Civil Procedure 65."[3]

If Plaintiffs wish to seek relief in this Court, the Court instructs Plaintiffs to file a motion that pertains to the requested relief. The Court hereby **STRIKES** Plaintiffs' "Order to Show Cause on Petition for Habeas Corpus and Temporary Restraining Order"[4] as improperly filed.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 16th day of January, 2020.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 7.
[2] The Court notes Plaintiffs erroneously list the Court as being located in Donna, Texas. *Id.* at p. 4.
[3] Dkt. No. 7-1.
[4] Dkt. No. 7.