UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| R.A.N.M. and her minor children, Y.D.M.N. and G.R.M.N., | § § § | |
|     Petitioners, | § § | |
| v. | § § | CIVIL ACTION No. 7:20-CV-006 |
| WILLIAM P. BARR, *et al.* | § § | |
|     Respondents. | § | |

**ORDER DENYING PETITIONERS' EXPEDITED MOTION
FOR A TEMPORARY RESTRAINING
ORDER AND HABEAS CORPUS RELIEF**

Came on to be heard this day the Motion of Petitioners for a Temporary Restraining Order and Habeas Relief (Docket No. 10). After considering the Motion, and the Response of the Defendants/Respondents to the Motion (Docket No. 12), the Court is of the opinion that the Motion should be denied.

The Court therefore DENIES Petitioners' Expedited Motion for Temporary Restraining Order and Habeas Relief (Docket No. 10).

IT IS SO ORDERED.

Done this _____ day of January, 2020, at McAllen, Texas.

_____
Honorable Micaela Alvarez
United States District Judge