United States District Court
Southern District of Texas
**ENTERED**
January 24, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| R. A. N.M., *et al*, | § | |
| | § | |
| Petitioners, | § | |
| VS. | § | CIVIL ACTION NO. 7:20-CV-006 |
| | § | |
| WILLIAM P. BARR, *et al*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

The Court now considers the "Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i)"[1] filed by R.A.N.M. and her minor children, Y.D.M.N. and G.R.M.N. ("Plaintiffs") dismissing the case without prejudice pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(i).

Rule 41(a)(1)(A)(i) provides that a Plaintiff may dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."[2] Since Defendants have yet to file an answer or motion for summary judgment in this action, Plaintiffs have effectively dismissed the case and no further action by this Court is necessary. The Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 24th day of January, 2020.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 15.
[2] Fed. R. Civ. P. 41(a)(1)(A)(i).